# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jose Fuentes-Gonzales,

    Petitioner,

vs.

United States of America,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:09-cv-333-MU
(3:01-cr-221)
(5:02-cr-7)

DECISION BY COURT. This action having come before the Court by Motion pursuant to 28 U.S.C. § 2255 and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 14, 2009 Order.

Signed: August 14, 2009

Frank G. Johns, Clerk
United States District Court